# Court of Appeals
# of the State of Georgia

ATLANTA,  June 29, 2017

*The Court of Appeals hereby passes the following order:*

**A17A1481.  ANTAVIOUS PARKS v. THE STATE.**

A jury convicted Antavious Parks of armed robbery, and he was sentenced as a recidivist to life imprisonment.  We affirmed his conviction on appeal.  *Parks v. State*, 257 Ga. App. 25 (570 SE2d 350) (2002).  Since then, Parks has filed multiple pro se motions, including an October 2016 "Motion to Vacate/Correct Void Sentence." The trial court dismissed the motion, and Parks filed this appeal.  We, however, lack jurisdiction.

A direct appeal may lie from an order denying or dismissing a motion to vacate a void sentence, but only if the defendant raises a colorable claim that the sentence is, in fact, void.  See *Harper v. State*, 286 Ga. 216, 217 n.1 (686 SE2d 786) (2009); *Burg v. State*, 297 Ga. App. 118, 119 (676 SE2d 465) (2009).  A sentence is void only if it imposes punishment that the law does not allow. *Crumbley v. State*, 261 Ga. 610, 611 (1) (409 SE2d 517) (1991).

Here, Parks argued in his motion that he was incorrectly sentenced as a recidivist.  Even assuming that Parks was improperly sentenced as a recidivist, as he alleges, a trial court may sentence a defendant to life imprisonment for armed robbery regardless of whether the defendant is deemed a recidivist. See OCGA § 16-8-41 (b) (available sentences for armed robbery include "imprisonment for life").  Accordingly, Parks's sentence is not more severe than the law allows, and it is not void.  See *Brown v. State*, 295 Ga. App. 66 (670 SE2d 867) (2008).  Because Parks

has not raised a colorable argument that his sentence is void, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,*  06/29/2017
    *I certify that the above is a true extract from* *the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court* *hereto affixed the day and year last above written.*

_____ , *Clerk.*